**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHELLE KOHLER, individually and as personal representative of the ESTATE OF FRANK KOHLER,<br>159 Fort Road<br>McGaheysville, VA 22840<br><br>              Plaintiff,<br><br>vs.<br><br>HP ENTERPRISE SERVICES, LLC,<br>5400 Legacy Drive<br>H4-1H-13<br>Plano, TX 75024<br><br>and<br><br>THE EXPERTS, INC.,<br>401 E. Las Olas Blvd.<br>Suite 1400<br>Fort Lauderdale, FL 33301<br><br>and<br><br>HBC MANAGEMENT SERVICES, INC.,<br>485 Devon Park Drive<br>Suite 109<br>Wayne, PA 19087<br><br>and<br><br>THE HANA GROUP, INC.<br>485 Devon Park Dr.<br>Suite 109<br>Wayne, PA 19087<br><br>              Defendants. | <br><br><br><br><br><br><br><br>State Case No. 2015 CA 007072 B<br><br>Case No. _____ |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant The Experts, Inc. ("The Experts") hereby files this Notice of Removal of the above-captioned civil action (the "*Kohler*

action") from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia. As grounds for removal, The Experts states as follows:

1. On September 14, 2015, Plaintiff filed a Complaint in the Superior Court of the District of Columbia, assigned Civil Action No. 2015 CA 007072 B. *See* Exhibit A ("Compl.").

2. The *Kohler* action is one of eight pending cases involving claims arising from the September 16, 2013 shooting at the Washington D.C. Navy Yard. Four such cases are pending in this Court before The Honorable Rosemary M. Collyer; a Notice of Designation of Related Civil Cases is being filed concurrently with this Notice of Removal. The other three cases, which, like the *Kohler* action, were filed in D.C. Superior Court, are also in the process of being removed to this Court.

3. Defendant The Experts was served with the Complaint and summons on September 16, 2015.

4. Pursuant to 28 U.S.C. § 1446(a), The Experts has attached to this Notice of Removal copies of all state court process and pleadings and all other papers on file with the state court. *See* Exhibit A.

5. Defendant HP Enterprise Services, LLC ("HPES"), which was served with the Complaint and summons on September 21, 2015, has informed The Experts that it consents to removal. *See* Exhibit B (HPES' Notice of Consent to Removal).

6. On information and belief, Plaintiff has not yet served Defendant HBC Management Services, Inc. with the Complaint.

7. On information and belief, Plaintiff has not yet served Defendant The Hana Group, Inc. with the Complaint.

8. Pursuant to 28 U.S.C. § 1446(d), written notice of this Notice of Removal will be given to Plaintiff, and a copy of this Notice of Removal will be filed with the Clerk of the Superior Court of the District of Columbia.

9. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely because it is filed within thirty days of receipt of the summons and Complaint indicating that this case is removable.

10. Additionally, pursuant to 28 U.S.C. § 1446(b)-(c), this Notice of Removal is timely because it is filed within one year of commencement of the action.

11. The Superior Court of the District of Columbia is located within the District of Columbia. *See* 28 U.S.C. § 88. Thus, venue is proper in this Court as it is the district "embracing the place where such action is pending." 28 U.S.C. § 1441(a).

12. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because this is a civil action in which there is complete diversity of citizenship between the Plaintiff and Defendants, and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs. The Complaint alleges facts that plainly meet the requirements of diversity jurisdiction, to wit:

a) Plaintiff is alleged to be a citizen of Virginia. *See* Compl. at ¶ 1. Plaintiff brings claims both individually and on behalf of the Estate of Frank Kohler, which was created under the laws of the State of Maryland. *See id.* ¶¶ 1–2. On information and belief, decedent Frank Kohler was a citizen of Maryland.

b) Defendant The Experts is alleged to be a corporation organized under the laws of Florida, with its principal place of business in Florida. Compl. ¶ 4.

c) Defendant HPES is a Limited Liability Company organized under the laws of Delaware with its principal place of business in Texas. The members of HPES are Hewlett

3

Packard Enterprise Company, a corporation organized under the laws of Delaware with its principal place of business in California; and Hewlett-Packard Plano, LLC, a Limited Liability Company organized under the laws of Delaware with its principal place of business in California. Hewlett-Packard Plano, LLC's sole member is Hewlett-Packard Vision III B.V., a Netherlands company, with its principal place of business in the Netherlands.[1]

    d)    Defendant HBC Management Services, Inc. is alleged to be a corporation organized under the laws of Hawaii, with its principal place of business in Pennsylvania. Compl. ¶ 5.

    e)    Defendant The Hana Group, Inc. is alleged to be a corporation organized under the laws of Hawaii, with its principal place of business in Pennsylvania. Compl. ¶ 6.

    f)    None of the states or foreign state in which any Defendant may be deemed a citizen (Texas, Delaware, California, Florida, Pennsylvania, Hawaii, the Netherlands) is a state in which the Plaintiff or the decedent may be deemed a citizen (Virginia and Maryland), and thus complete diversity exists under 28 U.S.C. § 1332.

    g)    Plaintiff alleges an amount in controversy of $10 million, exclusive of interest and costs. Compl. ¶ 123.

    13.    The Experts reserves the right to amend or supplement this Notice of Removal.

---

[1] Plaintiff incorrectly alleges that HPES is a corporation organized under the laws of Texas. Compl. ¶ 3.

WHEREFORE, The Experts removes this action from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

> Respectfully submitted,
> /s/ Jeffrey E. McFadden
> Jeffrey E. McFadden (D.C. Bar No. 434234)
> Mark E. Chopko (D.C. Bar No. 410353)
> STRADLEY RONON STEVENS & YOUNG, LLP
> 1250 Connecticut Avenue, N.W., Suite 500
> Washington, DC 20036
> (202) 507-5150
> jmcfadden@stradley.com
> mchopko@stradley.com

Dated: October 6, 2015

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 6, 2015, I filed the foregoing with the Clerk of the Court using the CM/ECF system. A copy of this filing has been sent via First Class Mail and/or via CM/ECF to:

David M. Schloss, Esq.
Koonz, McKenney, Johnson, DePaolis & Lightfoot, LLP
2001 Pennsylvania Avenue, NW, Suite 450
Washington, DC 20006
*Counsel for Plaintiff*

Peter S. Everett, Esq.
Blankenship & Keith, P.C.
4020 University Drive, Suite 300
Fairfax, VA 22030
*Counsel for Plaintiff*

John E. Hall, Esq.
Jason C. Raofield, Esq.
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
*Counsel for Defendant HP Enterprise Services, LLC*

HBC Management Services, Inc.
485 Devon Park Drive, Suite 109
Wayne, PA 19087
*Defendant*

The Hana Group, Inc.
485 Devon Park Drive, Suite 109
Wayne, PA 19087
*Defendant*

/s/ Jeffrey E. McFadden
Jeffrey E. McFadden (D.C. Bar No. 434234)
STRADLEY RONON STEVENS & YOUNG, LLP
1250 Connecticut Avenue, N.W., Suite 500
Washington, DC 20036
(202) 507-5150
jmcfadden@stradley.com

# 2608820